IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EASTERN SHORE TEAMSTERS  
HEALTH AND WELFARE FUND, et al.,

      Plaintiffs

v.

JOSEPH POOLE,     *     Civil Action No. CCB 00-0100

      Defendant     *

and     *

PERDUE FARMS, INC.,     *

      Garnishee     *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER OF DISMISSAL

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on March 13, 2001, and that said Writ was answered by Garnishee, Perdue Farms, Inc., as is shown by the Garnishee's Answer to Writ of Garnishment of Property on file in this action;

And it further appearing that Garnishee, Perdue Farms, Inc. does not have any assets of JOSEPH POOLE, Defendant and Judgment Debtor;

It is therefore this _31st_ day of _August_, 2001, by the United States District Court for the District of Maryland,

ORDERED, that the Writ of Garnishment of Property Other Than Wages against Garnishee, Perdue Farms, Inc., in the above captioned matter, be



dismissed.

                                                          Catherine C. Blake
                                                          United States District Judge