IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 AUG -1  P 3: 00
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

EASTERN SHORE TEAMSTERS
HEALTH AND WELFARE FUND, et al. *

      Plaintiffs       *

v.       *       Civil Action No. CCB 00-0100

JOSEPH POOLE       *

      Defendant       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER DIRECTING DEFENDANT TO APPEAR FOR EXAMINATION IN AID OF ENFORCEMENT OF JUDGMENT

Pursuant to Rule 2-633 of the Maryland Rules of Civil Procedure, made applicable by Rule 69 of the Federal Rules of Civil Procedure, and pursuant to a judgment that was entered against Defendant and in favor of Plaintiffs in the amount of $7,173.65 of which the entire balance remains unpaid, it is hereby

ORDERED that Joseph Poole, shall appear on __OCTOBER 3_____, 2001 at __10:00____ a.m./p.m. in courtroom ____7D_____, U.S. Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201, to be examined under oath before the undersigned concerning the assets and property of the Defendant, and it is further,

ORDERED that Mr. Poole, shall bring with him to the examination the following records: all federal and state tax returns for the last three years; all bank statements and canceled checks for the last twelve months; titles and lien information with respect to motor vehicles owned by the defendant; deed and mortgage information with respect to real property owned by the defendant; and

UNITED STATES DISTRICT JUDGE

all other records of property owned by the defendant including claims of entitlements by Defendant to money or property, provided that a copy of this order is served upon Joseph Poole on or before _____September 19,_____, 2001.

Date: __August 1, 2001__   _____
Catherine C. Blake
United States District Judge